

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8269

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Hugo Fernando MONTOYA-Cuellar <br> Defendant. | Magistrate Case No.: <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about March 27, 2008, within the Southern District of California, defendant Hugo Fernando MONTOYA-Cuellar did knowingly and intentionally import approximately 19.42 kilograms (42.72 lbs) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th, DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Hugo Fernando MONTOYA-Cuellar

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent (SA) Lance Swanson.

On March 27, 2008 at approximately 0931 hours, Hugo Fernando MONTOYA-Cuellar entered the United States at the Calexico, California, West Port of Entry. MONTOYA was the sole occupant driver of a 1994 blue Jeep Cherokee.

During the primary inspection, Customs and Border Protection (CBP) Officer J. Silva-Lopez received a negative Customs Declaration. MONTOYA stated he was a student in Mexicali and was on his way to Wal-Mart. The vehicle showed no prior crossings and MONTOYA stated the vehicle belonged to his girlfriend. MONTOYA appeared very nervous and worried, would not make eye contact, and his hands were shaking. MONTOYA and the vehicle were referred to secondary inspection.

In the vehicle secondary lot, CBP Officer Y. Siqueiros noticed MONTOYA was very nervous and took several attempts to park the vehicle where he was instructed to do so. CBP Officer Y. Siqueiros received a negative Customs Declaration and also noticed that MONTOYA's hands were shaking and avoided eye contact.

CBP Officer Y. Siqueiros requested CBP K-9 Officer S. Barela to screen the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer S. Barela received an alert from his NDD on the spare tire in the back cargo area of the vehicle.

Upon closer inspection, CBP Officer Y. Siqueiros discovered 17 packages concealed inside the spare tire. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 17 packages had a combined net weight of approximately 19.42 kilograms (42.72 lbs).

MONTOYA was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. MONTOYA stated to Special Agent Swanson he was offered an undetermined amount of money to smuggle marijuana into the United States.