1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | Email: Jennifer_Coon@fd.org

5 | Attorneys for Defendant

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | (HONORABLE PETER C. LEWIS)

11 | UNITED STATES OF AMERICA,                    )   CASE NO. 08MJ8269
                                                                      )
12 |                        Plaintiff,                            )
                                                                      )
13 | v.                                                            )
                                                                      )   **NOTICE OF APPEARANCE**
14 | HUGO FERNANDO MONTOYA-CUELLAR,  )
                                                                      )
15 |                        Defendant.                        )
_____ )
16

17 |            Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 | California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 | attorney in the above-captioned case.

20 |                                                          Respectfully submitted,

21

22 | Dated:  April 7, 2008                          /s/ *JENNIFER L. COON*
                                                               Federal Defenders of San Diego, Inc.
23 |                                                          Attorneys for Defendant
                                                               Jennifer_Coon@fd.org
24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 7, 2008                                 /s/ *JENNIFER L. COON*
                                                      Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
                                                      San Diego, CA  92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      Jennifer_Coon@fd.org (email)